UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMERONI, | ) | Case No. 1:15 CV 1665 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| TRUE NORTH ENERGY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel have reported to the Court that the case has been resolved. Therefore, this case is dismissed with prejudice. Counsel may file any additional documentation evidencing the settlement.

IT IS SO ORDERED.

\_/s/Donald C. Nugent\_\_\_
DONALD C. NUGENT
United States District Judge

DATE: \_April 14, 2016\_\_\_